UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                CHAPTER 7 CASE

Becky A Hall                                  CASE NO. 10-43025

                        Debtor.                                ORDER
_____

       This case is before the court on the motion of Mortgage Electronic Registration Systems, Inc. through its servicing agent US Bank, seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

       1.        The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated September 24, 2003, executed by Becky A Hall a single person, recorded on November 12, 2003, as Document No. 531814, covering real estate located in Sherburne County, Minnesota, legally described as:

The N 169.98 feet of the West 527.95 feet of the Southeast 1/4 of the Northeast 1/4 of Section 28 Township 33 Range 26 Lying East of the Center Line of County Road No 77
And commonly known as 19481 Proctor Rd NW, Elk River, Minnesota 55330-2116

and may pursue its remedies under state law in connection with the mortgage deed.

       2.        Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: July 15, 2010

                                              /e/ Robert J. Kressel
                                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/15/2010
Lori Vosejpka, Clerk, by LMH